

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2017

No. 04-17-00665-CV

Marco A. **MONTEMAYOR**, in his Official Capacity as Webb County Attorney,
Appellant

v.

**WEBB COUNTY COMMISSIONERS COURT**, Webb County Judge Tano Tijerina, in his
Official Capacity, Webb County Commissioner John Galo, in his Official Capacity, Webb
County Commissioner, Jesse Gonzalez, in his Official Capacity, et al.,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017CVK002307D3
Honorable Stephen Williams, Judge Presiding

**ORDER**

This appeal is DISMISSED. Costs of this appeal are assessed against appellant, Marco A.
Montemayor, in his Official Capacity as Webb County Attorney.

It is so **ORDERED** on November 1, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 1st day of November, 2017.

_____
Keith E. Hottle, Clerk